THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE KENNEDY, Appellant.— Motion granted to appeal on one certified copy of judgment roll, etc., time for argument of appeal enlarged to include September Term and Joseph Ralabate, Esq. assigned as counsel.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM MAHONEY, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent. — Motion granted to appeal on original papers, five typewritten briefs and John R. Foster, Esq., of Dunkirk, assigned as counsel.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES SMITH, Appellant.— Motion to appeal as a poor person and for other relief denied; appeal dismissed unless printed records and briefs are filed and served and case argued during the November 1959 Term of court.